## IN RE: SUPREME COURT COMMITTEE on MODEL JURY INSTRUCTIONS—CIVIL

Supreme Court of Arkansas
Opinion delivered September 16, 1999

P ER CURIAM. William A. Waddell, Esq., of Little Rock is appointed, effective immediately, to the Committee on Model Jury Instructions—Civil to fill the unexpired term of Paula Storeygard, attorney-at-law, who has resigned from the Committee. This term expires on April 30, 2001.

The Court extends its thanks to Mr. Waddell for accepting appointment to this most important Committee.

The Court expresses its gratitude to Ms. Storeygard for her years of service to the Committee.

## IN RE: CLIENT SECURITY FUND COMMITTEE

Supreme Court of Arkansas
Delivered September 23, 1999

P ER CURIAM. JoAnn Maxey, Attorney at Law, of Little Rock, is appointed, effectively immediately, to the Client Security Fund Committee to fill the unexpired term of Martha Miller Harriman, Attorney at law, who has resigned from the Committee. This term expires on July 30, 2001.

The Court extends its thanks to Ms. Maxey for accepting appointment to this most important Committee.

The Court expresses its gratitude to Ms. Harriman for her years of service to the Committee.